IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-01574-ZLW-OES

ANN M. MOONEY,

    Plaintiff,

v.

COVERALL NORTH AMERICA, INC.
d/b/a COVERALL OF DENVER, a Foreign Corporation

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September   9  , 2005


    It is ORDERED that the Court will consider Defendant's Motion For Leave To File Substitute Responsive Pleading when Defendant has submitted a statement or certification in compliance with D.C.COLO.LCivR 7.1.