IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-01574-ZLW-OES

ANN M. MOOMEY,

    Plaintiff,

v.

COVERALL NORTH AMERICA, INC.
d/b/a COVERALL OF DENVER, a Foreign Corporation

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September __13__, 2005


    It is ORDERED that Defendant's Motion For Leave To File Substitute Responsive Pleading is granted, over objection.  See Fed. R. Civ. P. 15(a).  It is

    FURTHER ORDERED that the Answer and Affirmative Defenses are accepted for filing.