IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-01574-ZLW-OES

ANN M. MOOMEY,

    Plaintiff,

v.

COVERALL NORTH AMERICA, INC., d/b/a COVERALL OF DENVER, a foreign corporation,

    Defendant.
_____

## ORDER
_____

On June 21, 2006, Magistrate Judge Michael E. Hegarty advised the Court that this case had settled.  It is, therefore,

ORDERED that the trial date of December 4, 2006, is hereby vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before July 3, 2006.  If by that date settlement papers have not been received by the Court, on July 10, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   23   day of June, 2006.

                BY THE COURT:

                ZITA L. WEINSHIENK, Senior Judge
                United States District Court