IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-01574-ZLW-OES

ANN M. MOOMEY,

    Plaintiff,

v.

COVERALL NORTH AMERICA, INC., d/b/a COVERALL OF DENVER, a foreign corporation,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

    DATED at Denver, Colorado, this __5__ day of July, 2006.

                                      BY THE COURT:

                                      *[signature]*
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court